1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David N. Lake, State Bar No. 180775
  david@lakelawpc.com
**LAW OFFICES OF DAVID N. LAKE,**
  **A Professional Corporation**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JOANNE EGROVICH, an individual,

              Plaintiff,

v.

CCFG COSTEBELLE LA JOLLA,
LLC, a California limited liability
company; ALAN LEWIS, an
individual; CRAIG CECILIO, an
individual; DOES 1 through 10,
inclusive,

              Defendants.

CASE NO. 3:21-CV-00774-TWR(MDD)

**PLAINTIFF JOANNE
EGROVICH'S EVIDENTIARY
OBJECTIONS TO DECLARATION
OF ALAN LEWIS (DKT. 15-2) AND
[PROPOSED] ORDER THEREON**

Date:       October 13, 2021
Time:       1:30 p.m.
Place:      Courtroom 3A

1
2
3
4
5

Plaintiff Joanne Egrovich ("Plaintiff") submits the following evidentiary objections to the Declaration of Alan Lewis (Dkt. 14-2) in connection with the hearings set before this Court for October 13, 2021:

| # | Evidence | Objection | Ruling |
|---|----------|-----------|--------|
| 1 | "DiversyFund is an online, tech-based financial literacy and investing platform which raises investor equity capital for real estate investing primarily in large portfolios of existing commercial real estate assets"  Declaration of Alan Lewis (Dkt. 14-2) ("Lewis Decl."), ¶ 5. | **Irrelevant**. (Fed. R. Evid. ("FRE") 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. What DiversyFund is or purports to do/be are irrelevant to the issue of the Defendant Guarantors' liability under their contract with Plaintiff. | Sustained __ <br><br> Overruled __ |
| 2 | "The funds were not sufficient to fund the project, and CCFG needed additional funding before it could officially close the Genesis Loan."  Lewis Decl., ¶ 8. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.  The claim of having insufficient funds to fund the project is irrelevant to the issue of the Defendant Guarantors' liability under their contract with Plaintiff. | Sustained __ <br><br> Overruled __ |
| 3 | "Plaintiff heard about the | **Irrelevant**. (FRE 402 & | Sustained __ |

| | | | |
|---|---|---|---|
| | search for investors and contacted me to inquire about investing $750,000 in exchange for an equity share in the net profits from the sale of the Property." Lewis Decl., ¶ 9. | 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. How Plaintiff allegedly heard of the "search for investors" is irrelevant to the issue of the Defendant Guarantors' liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**. (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The declarant has no factual basis for stating how Plaintiff allegedly "heard about the search for investors…." The statement also fails to provide any temporal context for the alleged event, making it vague and ambiguous as well. | Overruled __ |
| 4 | "[A]nd during that process, I stressed the fact that the existing lienholder was threatening imminent foreclosure and that her investment was a prerequisite for CCFG to close the Genesis Loan and avoid foreclosure." Lewis Decl., ¶ 10 | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. The alleged threat by an | Sustained __<br><br>Overruled __ |

EVIDENTIARY OBJECTIONS TO LEWIS DECLARATION

3

| | | | |
|---|---|---|---|
| | | "existing lienholder" to foreclose is irrelevant to the issue of the Defendant Guarantors' liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**.  (FRE 602).  No witness is permitted to guess or to state an opinion based on mere conjecture.  The statement fails to provide any temporal context for the alleged event, making it vague and ambiguous as well.  There is no statement as when "during the process" this information was allegedly conveyed or what "imminent" means to the declarant. | |
| 5 | "I made it extremely clear to Plaintiff that substantial construction was needed before the Property could be sold and Plaintiff paid." Lewis Decl., ¶ 11. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.  The sale of the property was not a condition to Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**.  (FRE 602).  No witness is permitted to guess or to state an opinion | Sustained __<br><br>Overruled __ |

| | | | |
|---|---|---|---|
| | | based on mere conjecture. The statement fails to provide any temporal context for the alleged event, making it vague and ambiguous as well.  There is no statement as to how or when the information was allegedly conveyed, or what "substantial construction" means. | |
| 6 | "I explained to Plaintiff that CCFG was in dire straits, with no time to procure construction financing in time to avoid foreclosure and the only option was an equity investor."  Lewis Decl., ¶ 13. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.  The claim of not having time to procure construction financing is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**.  (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The statement fails to provide any temporal context for the alleged event, making it vague and ambiguous as well.  There is no statement as to how or when the information was allegedly conveyed. | Sustained \_\_<br><br>Overruled \_\_ |

| | | | |
|---|---|---|---|
| 7 | "Using this information to her advantage, Plaintiff demanded substantial modifications and additions to the already agreed-upon investment terms."  Lewis Decl., ¶ 14. | **Speculation/Lacks Foundation**.  (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The witness lacks the knowledge or foundation upon which to make this statement. | Sustained __<br><br>Overruled __ |
| 8 | "CCFG and its members were under severe financial distress with no time to search for other prospective investors, and we were forced to sign the documents presented by Plaintiff, which included illegal terms and provisions which we would have never have agreed to under any other circumstances."  Lewis Decl., ¶ 16. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.  The claim of not having time to procure construction financing is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Legal Conclusion.** (FRE 701).  The declarant cannot testify competently to what may or may not be legal. | Sustained __<br><br>Overruled __ |
| 9 | "I had told Plaintiff that CCFG owned no assets other than the La Jolla Property, had no independent stream of revenue, and would only be able to repay the loan through the sale of the La Jolla Property."  Lewis Decl., ¶ 18. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. | Sustained __<br><br>Overruled __ |

| | | | |
|---|---|---|---|
| | | Whether CCFG owned other assets or had an "independent stream of income" is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff. | |
| 10 | "Several years later, the construction project was completed and the Property listed for sale, but due to circumstances outside of Defendants' control, the La Jolla Property was sold at foreclosure by the senior lienholder in July 2020." Lewis Decl., ¶ 20. | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. Completion of the construction project is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**. (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. There is no statement or facts as to what the alleged "circumstances outside of Defendants' control" are. | Sustained __<br><br>Overruled __ |
| 11 | "On June 18, 2018, Plaintiff initiated litigation against the law firm that drafted the loan documents, Nevers, Palazzo, Packard, Wildermuth & Wynner, P.C. ("NPW"), in | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the | Sustained __<br><br>Overruled __ |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | | Los Angeles Superior Court, Case No. LC 107396 (the "Superior Court Action"). Lewis Decl., ¶ 21. | determination of the action more probable or less probable than it would be without the evidence. Litigation by Plaintiff against unrelated parties on unrelated claims based on unrelated duties which do not constitute one indivisible injury is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff. | |
| 11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 | 12 | "In February 2021, Plaintiff settled the Superior Court Action with NPW and received $550,000.00, which she contends is applicable to the interest accrued on the Egrovich Loan." Lewis Decl., ¶ 26. | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. Settlement of litigation by Plaintiff against unrelated parties on unrelated claims based on unrelated duties which do not constitute one indivisible injury is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff. | Sustained __<br><br>Overruled __ |
| 25<br>26<br>27<br>28 | 13 | "DiversyFund, Inc. has 263 shareholders, all of whom rely on Mr. Lewis and Mr. Cecilio to raise venture capital to ensure the business remains a going concern." | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the | Sustained __<br><br>Overruled __ |

| | | Lewis Decl., ¶ 30. | determination of the action more probable or less probable than it would be without the evidence. The alleged reliance of "all" shareholders on Mr. Lewis and Mr. Cecilio is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**. (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The witness lacks a factual basis to declare that "all" of the shareholders rely on him and Mr. Cecilio in this regard. | |
|---|---|---|---|---|
| | 14 | "DiversyFund, Inc. manages and operates, but does not own, an SEC qualified real estate fund which serves 21,000 customers, each of whom invested their savings and/or retirement into the fund." Lewis Decl., ¶ 31. | **Irrelevant**. (FRE 402 & 403). "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. DiversyFund's management and operations, as well as its ownership (or lack thereof), in an "SEC qualified real estate fund is irrelevant to the issue of the Defendant Guarantors' obligations or their liability | Sustained __<br><br>Overruled __ |

| | | | | |
|---|---|---|---|---|
| | | | under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**.  (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The witness lacks a factual basis to declare that "each of [the 21,000 customers] invested their savings and/or retirement into the fund." | |
| | 15 | "DiversyFund is owned by myself, Craig Cecilio, and the 263 shareholders, and the real estate portfolio/fund is owned by the 21,000 customers and is managed and operated by DiversFund [sic.]"  Lewis Decl., ¶ 32. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. DiversyFund's ownership structure and the "real estate portfolio/fund" ownership are irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff. | Sustained __<br><br>Overruled __ |
| | 16 | "An attachment lien against mine and Craig Cecilio's shares of DiversyFund would make it impossible to raise additional venture capital because it will likely scare away any potential future venture capital investors."  Lewis Decl., ¶ | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be | Sustained __<br><br>Overruled __ |

| | | | | |
|---|---|---|---|---|
| 1 | | 33. | without the evidence.<br><br>**Speculation/Lacks Foundation**.  (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. Declarant has not demonstrated any knowledge or factual basis for his statements about what is "likely" to happen if the order is granted, and further with regard to "any potential future" investors. | |
| 11 | 17 | "DiversyFund depends on outside capital to fund a portion of its operations, and not being able to raise additional venture capital dollars because of an attachment lien could cause the company to go out of business, leaving the fund and its underlying customers stranded and left to deal with a cascade of financial losses while putting the retirement funds of 21,000 customers at substantial risk of loss." Lewis Decl., ¶ 34. | **Irrelevant**. (FRE 402 & 403).  "Relevant evidence" means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. DiversyFund's alleged dependence upon outside capital to fund its operations is irrelevant to the issue of the Defendant Guarantors' obligations or their liability under their contract with Plaintiff.<br><br>**Speculation/Lacks Foundation**.  (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. Declarant has not demonstrated any knowledge or factual basis | Sustained __<br><br>Overruled __ |

| | | | |
|---|---|---|---|
| | | for his statements about what "could" happen if the order is granted. | |
| 18 | "Based upon my history and experience, I expect the legal fees in this case will cost up to $200,000.00." Lewis Decl., ¶ 35. | **Speculation/Lacks Foundation**. (FRE 602). No witness is permitted to guess or to state an opinion based on mere conjecture. The witness lacks the knowledge or foundation upon which to make this statement. There is no information about provided about his "history or experience" that would provide a valid basis for this statement. A witness may not testify to any matter unless evidence is introduced which is sufficient to support a finding that the witness has personal knowledge of the matter. | Sustained __<br><br>Overruled __ |

# O R D E R

The Court rules and indicated above on each of Plaintiff's objections to the Declaration of Alan Lewis.

**IT IS SO ORDERED.**

Dated:_____        _____
                                    The Honorable Todd W. Robinson,
                                    United States District Court Judge