UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE EGROVICH, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CCFG COSTEBELLE LA JOLLA, LLC, a California limited liability company, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-CV-774 TWR (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>**(ECF No. 23)** |

　　　Before the Court is Plaintiff's Notice of Voluntary Dismissal of his First, Third, Fourth, and Fifth Causes of Action. (*See* ECF No. 23.) The Court previously granted Plaintiff's motion for partial summary judgment on his Second Cause of Action. (*See* ECF No. 22.) As requested, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's First, Third, Fourth, and Fifth Causes of Action.

/ / /

/ / /

/ / /

/ / /

/ / /

This Order resolves all remaining claims asserted in Plaintiff's Complaint; however, at the request of Plaintiff, this matter will remain open to resolve any disputes regarding attorney fees and costs.

**IT IS SO ORDERED.**

Dated: March 10, 2022

_____
Honorable Todd W. Robinson
United States District Judge