

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joanne Egrovich, an individual<br><br>**Plaintiff,**<br>V.<br>CCFG Costebelle La Jolla, LLC, a California limited liability company; Alan Lewis, an individual; Craig Cecilio, an individual; Does 1 Through 10, inclusive<br><br>**Defendant.** | Civil Action No.   21cv774-TWR-MDD<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court previously granted Plaintiff's motion for partial summary judgment on his Second Cause of Action. (See ECF No. 22.). As requested, the Court dismisses without prejudice Plaintiff's First, Third, Fourth and Fifth Causes of Action. The Order (ECF No. 24) resolves all remaining claims asserted in Plaintiff's Complaint; however, at the request of Plaintiff, this matter will remain open to resolve any disputes regarding attorney fees and costs.

Date:         3/21/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Hernandez
                                    T. Hernandez, Deputy