1  David N. Lake, State Bar No. 180775
2    *david@lakelawpc.com*
3  **LAW OFFICES OF DAVID N. LAKE,**
     **A Professional Corporation**
4  16130 Ventura Boulevard, Suite 650
5  Encino, California 91436
   Telephone: (818) 788-5100
6  Facsimile: (818) 479-9990
7
8
9  Attorneys for Plaintiff
10
11              UNITED STATES DISTRICT COURT
12              SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| JOANNE EGROVICH, an individual, | CASE NO. 3:21-CV-00774-TWR(MDD) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AS THE PREVAILING PARTY AND PURSUANT TO CONTRACT** |
| v. | |
| CCFG COSTEBELLE LA JOLLA, LLC, a California limited liability company; ALAN LEWIS, an individual; CRAIG CECILIO, an individual; DOES 1 through 25, inclusive, | |
| | Date:   May 19, 2022 |
| | Time:   1:30 p.m. |
| Defendants. | Place:  Courtroom 3A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Joanne Egrovich ("Plaintiff") hereby withdraws, without prejudice, her Motion for Attorneys' Fees pursuant to FRCP 54(d)(2) against Alan Lewis ("Lewis") and Craig Cecilio ("Cecilio") (together, the "Defendant Guarantors") (Dkt. 25) which is presently scheduled for hearing on May 19, 2022, at 1:30 p.m. in Courtroom 3A of the United States District Court in and for the Southern District of California.

DATED: April 29, 2022

LAW OFFICES OF DAVID N. LAKE

By: _____
DAVID N. LAKE
Attorneys for Plaintiff