DAVID N. LAKE, ESQ. (SBN 180775)
LAW OFFICES OF DAVID N. LAKE, APC
16130 Ventura Blvd., Suite 650
Encino, CA 91436
Tel.: (818) 788-5100
Fax: (818) 479-9990
Email: david@lakelawpc.com

Attorneys for Plaintiff, Joanne Egrovich

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE EGROVICH, an individual,<br><br>Plaintiff,<br><br>vs<br><br>CCFG COSTEBELLE LA JOLLA, LLC, a California limited liability company; ALAN LEWIS, an individual; CRAIG CECILIO, an individual; DOES 1 through 25,<br><br>Defendants. | Case No. 3:21-CV-00774-TWR(MDD)<br><br>**FULL SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 21st day of March, 2022 in favor of Plaintiff, Joanne Egrovich ("Plaintiff"), and against Defendants, Alan Lewis and Craig Cecilio (together "Defendants"), jointly and severally, in the principal amount of $765,000;

WHEREAS, the Court ordered costs in the amount of $785 be added to Plaintiff's judgment against Defendants;

WHEREAS, the parties stipulated to a total of $56,215 be added to the judgment as representative of the full amount of attorneys' fees incurred by Plaintiff in this action;

WHEREAS, the total amount owed by Defendants to Plaintiff per the judgment is $822,000;

WHEREAS, said judgment with all costs and stipulated fees has been paid by Defendants to Plaintiff in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: May 2, 2022          **LAW OFFICES OF DAVID N. LAKE APC**

/s David N. Lake_____
David N. Lake
Attorneys for Plaintiff, Joanne Egrovich